UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>William Hernandez</u>

    v.                                  Civil No. 08-cv-00280-JL

<u>Osram Sylvania Incorporated</u>

**<u>O R D E R</u>**

The Preliminary Pretrial Conference was held in court on September 12, 2008.

The Discovery Plan (document no. 9) is approved as submitted, with the following changes:

11. <u>TYPE OF TRIAL</u>:    Jury

22. <u>JOINDER OF ADDITIONAL PARTIES</u>:

    Plaintiff:  **December 1, 2008**

    Defendants:  **February 1, 2009**

24. <u>AMENDMENT OF PLEADINGS</u>:

    Plaintiff:  **January 1, 2009**

    Defendants:  **February 1, 2009**

25. <u>DISPOSITIVE MOTIONS</u>:    **July 1, 2009**

27. <u>JOINT STATEMENT RE: MEDIATION</u>:

    A joint statement regarding the suitability of this case for mediation shall be filed with the court by **March 1, 2009**.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:   September 12, 2008

cc:   William Hernandez, pro se
      Jennifer L. Parent, Esq.
      Charla B. Stevens, Esq.