UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>William Hernandez</u>

        v.                         Civil No. 08-cv-280-JL

<u>Osram Sylvania, Incorporated</u>


<u>O R D E R</u>

On October 15, 2009, the court entered an order continuing the stay in this case until counsel entered an appearance for the plaintiff, to be filed on or before October 29, 2009.  On October 29, 2009, Attorney Donna-Marie Cote filed an appearance on behalf of plaintiff Hernandez.

As counsel has now appeared, the stay in this case has been lifted.  Counsel are to confer and file a new Discovery Plan under Rule 26 by November 30, 2009.


SO ORDERED.

                                                         */s/ Joe Laplante*

November 16, 2009                             _____
                                                             Joseph N. Laplante
                                                             United States District Judge


cc:    Donna-Marie Cote, Esq.
         Jennifer Parent, Esq.
         Charla Stevens, Esq.
         Neil Nicholson, Esq.